No. 74–6379. PORZUCZEK, GUARDIAN *v.* TOWNER ET AL., 421 U. S. 1014; and

No. 74–6432. GREENE ET AL. *v.* CHANDLER, MAYOR OF MEMPHIS, ET AL., 421 U. S. 1014. Petitions for rehearing denied.

No. 74–1624. LEWIS *v.* STRACHAN SHIPPING CO. ET AL., 409 U. S. 887, 1002. Motion for leave to file second petition for rehearing denied.

No. 73–1888. UNITED STATES *v.* ALASKA, 422 U. S. 184;

No. 74–487. CLOVER BOTTOM HOSPITAL & SCHOOL *v.* TOWNSEND ET AL., 421 U. S. 1007;

No. 74–584. SEARS *v.* DANN, COMMISSIONER OF PATENTS, 422 U. S. 1056;

No. 74–703. PHILLIPS ET AL. *v.* UNITED STATES, 422 U. S. 1056;

No. 74–1130. FRIEDMAN ET AL. *v.* UNITED STATES, 421 U. S. 1004;

No. 74–1259. MANDEL ET AL. *v.* NOUSE ET AL., 422 U. S. 1008;

No. 74–1339. GUMANIS *v.* DONALDSON, 422 U. S. 1052;

No. 74–1347. THOMPSON ET UX. *v.* PROPERTY TAX APPEAL BOARD OF ILLINOIS ET AL., 422 U. S. 1002;

No. 74–6292. SACASAS *v.* HOGAN, WARDEN, 421 U. S. 998;

No. 74–6358. SHINDER *v.* ESMIOL, 421 U. S. 997;

No. 74–6451. MIKELL *v.* GILCHRIST COUNTY, FLORIDA, ET AL., 422 U. S. 1011;

No. 74–6462. WHITE *v.* REYNOLDS ET AL., 422 U. S. 1046; and

No. 74–6487. HUGHES *v.* AULT, CORRECTIONS DIRECTOR, 422 U. S. 1047. Petitions for rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these petitions.